**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DRAPER FRANK WOODYARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:26-cv-125-TFM-N** |
| | ) | |
| **BALDWIN COUNTY JAIL,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

On April 9, 2026, the Magistrate Judge entered a Report and Recommendation which recommends Plaintiff's complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). *See* Doc. 4.  No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

Final Judgment shall issue separately in accordance with Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 10th day of July, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE